IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALLACE STILZ, III, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD BANK AND TRUST COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10-CV-1996<br>)<br>)<br>)<br>)<br>)<br>) |

## OFFER OF JUDGMENT

Pursuant to Rule 68(a), Federal Rules of Civil Procedure, Defendant, Standard Bank and Trust Company, offers to allow judgment in favor of plaintiff, Wallace Stilz, III, within 10 days of the date of service of this Offer of Judgment upon him in the amount of $1,000.00, representing statutory damages pursuant to 15 U.S.C. § 1693m(a), plus his reasonable attorneys fees and costs.

STANDARD BANK AND TRUST COMPANY

By: /s/ John L. Ropiequet
One of its attorneys

John L. Ropiequet (ARDC No. 2376563)
Christopher S. Naveja (ARDC No. 6229936)
Katelyn R. Letizia (ARDC No. 6300337)
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

9066929.1

## CERTIFICATE OF SERVICE

I, John L. Ropiequet, an attorney, certify that I caused the foregoing Offer of Judgment to be served via the Court's CM/ECF filing system on June 17, 2010, on the following:

>Jeffrey S. Sobek
>Law Offices of Jeffrey S. Sobek, P.C.
>10 S. Riverside Plaza, Ste. 1800
>Chicago, IL 60606

>/s/ John L. Ropiequet

9066929.1